UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FERBER,

          Plaintiff,

   v.

UNKNOWN,

          Defendant.

Case No. 23-cv-01010-JSC

**ORDER OF DISMISSAL**

On March 7, 2023, the Clerk opened this matter based upon a letter received from Plaintiff complaining about the conditions of his confinement. On the same day, the Clerk notified Plaintiff he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"), and he must file his claims in a complaint. The Clerk mailed Plaintiff the Court's IFP application and form complaint along with the deficiency notices, as well as a stamped return envelope and instructions for completing the forms. The notice informed Plaintiff the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP application within 28 days. No response has been received. As Plaintiff has not filed a complaint, paid the filing fee, or completed an IFP application, and he has not shown cause why not or requested an extension of time, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 21, 2023

                                                              JACQUELINE SCOTT CORLEY
                                                              United States District Judge